UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THOMASINA TARA COCHRAN            :

                                                                        :        <u>ORDER</u>
                          Plaintiff,                    23 Civ. 4536 (GHW) (GWG)
                                                                    :

   -v.-

                                                                            :

EXPERIAN INFORMATION SOLUTIONS, INC.   :

                                                                            :
                          Defendant.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      1.  The above-referenced action has been referred to the undersigned for general pre-trial purposes and for dispositive motions. All pre-trial applications, including those relating to scheduling and discovery, shall be made to the undersigned.  All applications must comply with this Court's Individual Practices, which are available at:
https://nysd.uscourts.gov/hon-gabriel-w-gorenstein
The conference scheduled before Judge McMahon for September 21, 2023, at 11:30 a.m. is cancelled.

      2. The plaintiff's response to the motion to dismiss (dated July 5, 2023) was due on July 19, 2023, per Local Civil Rule 6.1(b).  No response has been filed to date, however.  Nonetheless, the Court will grant plaintiff an additional two weeks, until August 7, 2023, to file her response.  Any reply shall be filed by August 21, 2023.

      3.  The Court notes that the Federal Rules of Civil Procedure require that a complaint contain factual allegations that fully describe the claim.  <u>See</u> Rules 8 and 10 of the Federal Rules fo Civil Procedure.   <u>If plaintiff wishes to file an amended complaint, she has permission to do so provided the amended complaint is filed by August 7, 2023</u>.

      4.  If plaintiff files an amended complaint, she need not respond to the motion to dismiss. In such case, defendant has leave, within 30 days of the date the amended complaint is filed, to either answer the amended complaint or file a motion to dismiss.  The Court's pre-motion conference requirement is waived.

      5.  In light of the plaintiff's failure to respond to the motion to dismiss and the complaint's lack of factual allegations that fully describe the claim, discovery is stayed pending disposition of the motion to dismiss.

6. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

SO ORDERED.

Dated: July 24, 2023
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge